James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone: (312) 578-0990
jschultz@sessions.legal

Attorney for Defendant West Asset Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNELLE HERNANDEZ, an individual; JOSE HERNANDEZ, an individual; | ) Case No.  16-CV-00084 RFB GWF )  ) MOTION FOR EXTENSION |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| WEST ASSET MANAGEMENT, INC. a foreign corporation; | ) ) ) |
| Defendant. | ) ) ) |

NOW INTO COURT, through undersigned counsel, comes Defendant, West Asset Management, Inc. ("West") who files this Unopposed Motion for an Extension of Time to File Responsive Pleadings to the Complaint filed by Plaintiffs, Lynelle Hernandez and Jose Hernandez, and states:

   1.   On or about January 15, 2016, Plaintiffs filed their Complaint in this Honorable Court.

2.   On January 20, 2016, Plaintiffs served their Complaint on West.

3.   West's current response deadline is February 9, 2016.

4.   Plaintiffs, through counsel, have agreed to allow West a 14 day extension, until February 23, 2016, to file Responsive Pleadings to Plaintiffs' Complaint.

5.   West has not requested any prior extensions in this action.

6.   There are no pending hearings or matters currently before the Court.

7.   Despite due diligence and good faith efforts, West and its counsel require an extension of time to investigate the allegations in the Complaint, prepare a responsive pleading, and entertain early resolution.

WHEREFORE, Defendant, West Asset Management, Inc., respectfully requests this Court grant an extension through and including February 23, 2016, to file Responsive Pleadings to Plaintiffs' Complaint, and for such other relief as this Court deems proper.

Dated: 02/08/2016          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/James K. Schultz
James K. Schultz
Attorney for Defendant
West Asset Management, Inc.

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone: (312) 578-0990
jschultz@sessions.legal

Attorney for Defendant West Asset Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LYNELLE HERNANDEZ, an individual; JOSE HERNANDEZ, an individual; | ) ) ) | Case No.  16-CV-00084 RFB GWF |
| Plaintiffs, | ) ) | ORDER FOR EXTENSION OF TIME |
| vs. | ) ) | |
| WEST ASSET MANAGEMENT, INC. a foreign corporation; | ) ) ) | |
| Defendant. | ) ) ) | |

Having considered Defendant, West Asset Management, Inc.'s, Motion for Extension, IT IS SO ORDERED:

That West Asset Management, Inc. has up to and including February 23, 2016 to file responsive pleadings.

Dated: February 9, 2016      _____
                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge

Order For Extension

1